UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BROOKE HOWELL,

       Petitioner,

                                        CASE NO. 04-CV-71975-DT
v.                                     HONORABLE GEORGE CARAM STEEH

JOHN RUBITSCHUN,

       Respondent.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

      **SO ORDERED.**

                                        **DAVID J. WEAVER**
                                        **CLERK OF THE COURT**

                                        **BY: s/Josephine Chaffee**
                                             **DEPUTY COURT CLERK**

**Dated: September 20, 2005**